Approved.
Case closed.

/s/ Jack Zouhary
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOHAMED EL-FAR,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

    Defendant.

Case No. 3:20-cv-01049-JZ

Judge Jack Zouhary

**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Mohamed El-Far and Defendant American Family Mutual Insurance Company, S.I. ("AFMIC") hereby stipulate that the captioned lawsuit is hereby is dismissed without prejudice, with the right to be re-filed as a class action for purposes of settlement through an amended complaint to be filed in the lawsuit captioned *Fox v. American Family Insurance Company*, Case No. 1:20-cv-01991, pending in the United States District Court for the Northern District of Ohio.

/s/ *Mark A. Johnson*
Mark A. Johnson (0030768)
Mathew G. Drocton (0093742)
Baker Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: mjohnson@bakerlaw.com
Email: mdrocton@bakerlaw.com

Michael K. Farrell (0040941)
Baker Hostetler LLP
Key Tower
127 Public Square, Suite 2000

/s/ *James A. DeRoche*
James A. DeRoche, Esq. (0055613)
Garson Johnson LLC
2900 Detroit Avenue
Van Roy Building, Second Floor
Cleveland, Ohio 44113
Phone: (216) 696-9330
Fax: (216) 696-8558
Email: jderoche@garson.com

Patrick J. Perotti, Esq. (0005481)
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, Ohio 44077

Cleveland, OH  44114-1214
Phone: (216) 621-0200
Fax:     (216) 696-0740
Email: mfarrell@bakerlaw.com

*Attorneys for Defendant*
*American Family Ins. Co..*

Phone: (440) 352-3391
Fax: (440) 352-3469
Email: pperotti@dworkenlaw.com

Erik D. Peterson (*pro hac vice*)
Erik Peterson Law Offices, PSC
249 E. Main Street, Suite 150
Lexington, Kentucky 40507
Phone: (800) 614-1957
Email: erik@eplo.law

Stephen G. Whetstone, Esq. (0088666)
Whetstone Legal, LLC
P.O. Box 6
2 N. Main Street, Unit 2
Thornville, Ohio 43076
Telephone: 740.785.7730
Facsimile: 740.205.8898
Email: steve@whetstonelegal.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed and served via the Court's ECF filing system which will send electronic notices of same to all counsel of record on this the 20th day of July, 2022.

                                    */s/James A. DeRoche*
                                    James A. DeRoche, Esq. (0055613)
                                    Garson Johnson LLC

                                    *One of the Attorneys for Plaintiff*